IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE GENTRY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> EMPIRE MEDICAL TRAINING, STEPHEN COSENTINO, M.D., WILLIAM HORNINGER, and DOES 1 to 20, <br><br> Defendants. | No. C 13-02254 WHA <br><br><br> **ORDER TO SHOW CAUSE** |

On May 23, defendant Stephen Cosentino filed a motion to dismiss plaintiff's complaint. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of opposition thereto was due by June 6. That date has come and gone and no response has been received. Accordingly, plaintiff — who is represented by counsel — is hereby ordered to show cause why the motion to dismiss should not be granted. Plaintiff's response is due by **NOON ON JUNE 13**. Defendant's reply, if any, shall be due at **NOON ON JUNE 27**. The hearing date of July 11 shall remain in place.

**IT IS SO ORDERED.**

Dated: June 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE