**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YVETTE GENTRY MD, an individual

    Plaintiff,

  v.

EMPIRE MEDICAL TRAINING, a corporation, STEPHEN COSENTINO, M.D., an individual, WILLIAM HORNINGER, an individual AND Does 1 to 20,

    Defendants.

No. C 13-02254 WHA

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

In this personal injury action, defendant Stephen Cosentino filed a motion to dismiss for lack of personal jurisdiction. In response, plaintiff Yvette Gentry filed an amended complaint. Because the amended complaint was filed within the time frame set by Rule 15(a)(1)(B), leave to file is **GRANTED**. Dr. Cosentino's motion to dismiss is **DENIED AS MOOT**. Dr. Cosentino may file a fresh motion to dismiss, if desired, pursuant to the federal and local rules.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE