BRIAN J. MOONEY (SBN 143795)
bmooney@gordonrees.com
KAI PETERS (SBN: 198516)
kpeters@gordonrees.com
JAMES K. HOLDER (SBN 267843)
jholder@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
EMPIRE MEDICAL TRAINING and
STEPHEN COSENTINO, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVETTE GENTRY, M.D. | CASE NO. C 13-2254-WHO |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| EMPIRE MEDICAL TRAINING, STEPHEN COSENTINO, M.D., WILLIAM HORNINGER (A/K/A "Dr. Horn") AND DOES 1 TO 20, | |
| Defendants. | |

Notice is hereby given that, subject to approval by the Court, STEPHEN COSENTINO, M.D. and EMPIRE MEDICAL TRAINING substitute Christopher J. Beeman, State Bar No. 121194 as counsel of record in place of Brian J. Mooney.

///

1
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Contact information for new counsel is as follows:

> Christopher J. Beeman
> Clapp Moroney LLP
> 6130 Stoneridge Mall Rd., Suite 275
> Pleasanton, CA 94588
> Telephone: (925) 734-0990
> Facsimile: (925) 734-0888
> E-Mail: cbeeman@clappmoroney.com

I consent to the above substitution

Date: July ____, 2013                               _____
                                                    Stephen Cosentino, M.D.

Date: July ____, 2013                               _____
                                                    Empire Medical Training

I consent to being substituted

Date: July ____, 2013                               GORDON & REES LLP

                                                    _____
                                                    Brian J. Mooney
                                                    (Former Attorney)

I consent to the above substitution

Date: July ____, 2013                               CLAPP MORONEY et al

                                                    _____
                                                    Christopher J. Beeman
                                                    (New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 19, 2013                                 _____
                                                    Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

EMPIRE/1088428/16197797v.1