BRIAN J. MOONEY (SBN 143795)
bmooney@gordonrees.com
KAI PETERS (SBN: 198516)
kpeters@gordonrees.com
JAMES K. HOLDER (SBN 267843)
jholder@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
EMPIRE MEDICAL TRAINING and
STEPHEN COSENTINO, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVETTE GENTRY, M.D. | CASE NO. C 13-2254-WHO |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| EMPIRE MEDICAL TRAINING, STEPHEN COSENTINO, M.D., WILLIAM HORNINGER (A/K/A "Dr. Horn") AND DOES 1 TO 20, | |
| Defendants. | |

Notice is hereby given that, subject to approval by the Court, STEPHEN COSENTINO, M.D. and EMPIRE MEDICAL TRAINING substitute Christopher J. Beeman, State Bar No. 121194 as counsel of record in place of Brian J. Mooney.

///

Contact information for new counsel is as follows:

Christopher J. Beeman
Clapp Moroney LLP
6130 Stoneridge Mall Rd., Suite 275
Pleasanton, CA 94588
Telephone:  (925) 734-0990
Facsimile:   (925) 734-0888
E-Mail:       cbeeman@clappmoroney.com

I consent to the above substitution

Date: July ____, 2013                              _____
                                                                   Stephen Cosentino, M.D.

Date: July ____, 2013                              _____
                                                                   Empire Medical Training

I consent to being substituted

Date: July ____, 2013                              GORDON & REES LLP


                                                                   _____
                                                                   Brian J. Mooney
                                                                   (Former Attorney)


I consent to the above substitution

Date: July ____, 2013                              CLAPP MORONEY et al


                                                                   _____
                                                                   Christopher J. Beeman
                                                                   (New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 19, 2013                                _____
                                                                   Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

EMPIRE/1088428/16197797v.1