```
 1  Charles Bond (SBN 060611)
    Matthew A. Brinegar (SBN 277517)
 2  Physicians' Advocates
    821 Bancroft Way
 3  Berkeley, CA 94710
    Telephone: 510.841.7500
 4  Facsimile: 510.841.5022
 5
 6  Attorneys for Plaintiff
    YVETTE GENTRY, M.D.
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE GENTRY, M.D., an individual<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE MEDICAL TRAINING, a corporation, STEPHEN COSENTINO, M.D., an individual, WILLIAM HORNINGER, an individual AND Does 1 to 20,<br><br>Defendants. | Case No.: 3:13-cv-02254-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF DATE** |

Pursuant to Civil Local Rule 6-2, Plaintiff Yvette Gentry, M.D. ("Dr. Gentry"), Defendants William Horninger, Stephen Cosentino, M.D. and Empire Medical Training, hereby stipulate to extending the discovery cut-off date and motions deadline.

WHEREAS, the discovery deadline is currently set for April 25, 2014.

WHEREAS, the Motions Deadline is currently set for June 25, 2014.

WHEREAS, the Parties have had difficulty scheduling depositions in this matter due to Dr. Gentry's illness.

-1-

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF DATE

#134474

NOW THEREFORE, the Parties, and each of them, agree to extend the deadline for the discovery cut-off until July 15, 2014. Furthermore, the Parties, and each of them, agree to extend the Motions deadline until ~~August 1, 2014~~.
August 6, 2014.

DATED:_____
Matthew A. Brinegar, Esq.

DATED: 4/14/14
Amy Kimmel, Esq.

DATED:_____
Christine Reinhardt, Esq.

**ORDER**

IT IS SO ORDERED.

Dated: April 15, 2014
Honorable William H. Orrick