Hon. William H. Orrick

Charles Bond (SBN 060611)
Matthew A. Brinegar (SBN 277517)
Physicians' Advocates
821 Bancroft Way
Berkeley, CA 94710
Telephone: 510.841.7500
Facsimile: 510.841.5022

Attorneys for Plaintiff
YVETTE GENTRY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE GENTRY, M.D., an individual<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE MEDICAL TRAINING, a corporation, STEPHEN COSENTINO, M.D., an individual, WILLIAM HORNINGER, an individual AND Does 1 to 20,<br><br>Defendants. | Case No.: 3:13-cv-02254-WHO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND STIPULATED ORDER** |

WHEREAS, Plaintiff YVETTE GENTRY filed her First Amended Complaint on June 13, 2013;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Dr. Stephen Cosentino, Empire Medical Training and William Horninger through their designated counsel that the above-captioned action should be dismissed with prejudice as to Defendants Dr. Stephen Cosentino, Empire Medical Training and William Horninger pursuant to FRCP 41(a)(1)(A). The parties further agree and stipulate to the dismissal with prejudice and

-1-
_____
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND STIPULATED ORDER

#14163

without fees or costs of all claims which were asserted or which could have been asserted, by Plaintiff against Defendants in the above-captioned action.

    IT IS SO STIPULATED.

Respectfully submitted this 11th day of August, 2014.

                                PHYSICIANS' ADVOCATES

DATED: _____                              _____
                                Matthew A. Brinegar, Esq.
                                Attorney for Plaintiff Yvette Gentry, M.D.

                                CROSBY & ROWELL, LLP

DATED:_____                 _____
                                Amy Kimmel, Esq.
                                Attorney for Defendant William Horninger

                                CLAPP MORONEY BELLAGAMBA VUCINICH
                                BEEMAN + SCHELEY

DATED:                                      _____
                                Jeff Vucinich, Esq.
                                Attorney for Defendants
                                Stephen Cosentino, M.D. and
                                Empire Medical Training

-2-
_____
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND STIPULATED ORDER

#14163

ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendants Dr. Stephen Cosentino, Empire Medical Training and William Horninger pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 12, 2014



_____
Honorable William H. Orrick

-3-
_____
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND STIPULATED ORDER

#14163